# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>v.  )<br>)<br>**AHMAD "ANDY" KHAWAJA,** )<br>**GEORGE NADER,** )<br>**ROY BOULOS,** )<br>**RUDY DEKERMENJIAN,** )<br>**MOHAMMAD "MOE" DIAB,** )<br>**RANI EL-SAADI,** )<br>**STEVAN HILL, and** )<br>**THAYNE WHIPPLE,** )<br>)<br>**Defendants.** )<br>_____) | **CRIMINAL NO. 1:19-cr-00374 (RDM)** |

## SUPPLEMENTAL JOINT STATUS REPORT
## AND MOTION TO CONTINUE HEARING

The United States of America and defendants Nader, Boulos, Dekermenjian, Diab, El-Saadi, Hill, and Whipple, through their counsel, respectfully submit this supplement to their joint status report of February 11, 2019.[1] In support of this joint status report, the above-listed parties state as follows:

1.  In the original Joint Status Report, the parties proposed that the status hearing scheduled for March 10, 2020, be rescheduled to a date between May 19-21, 2020. The Court's calendar did not permit a hearing on any of these dates. After learning of this conflict, the parties were unable to find another time, during the month of May, 2020, when all counsel would be available. The parties discussed their respective calendars, and jointly request that the status hearing be rescheduled for June 17, 2020, when all parties are available.[2]

---

[1] Defendant Khawaja remains a fugitive from justice.
[2] While Mr. Brodnax, local counsel for defendant Diab, is not available on June 17, Mr. Braun is available on this date.

2. The government has spoken with counsel for defendants Nader, Boulos, Dekermenjian, Diab, El-Saadi, Hill, and Whipple. The government, and each defendant, jointly request that the status hearing be continued from March 10, 2020, to June 17, 2020, for review of discovery and further negotiation with the government. The government, and each defendant, further request that the time from March 10, 2020, to June 17, 2020, be excluded pursuant to 18 U.S.C. §3161(h)(7)(A). Counsel for each defendant has conferred with their client regarding this request for a continuance, and regarding the defendant's rights under the Speedy Trial Act. Each defendant consents to the tolling of time under the Speedy Trial Act. The government and each defendant submits that, given the volume of discovery and the complexity of the case, the ends of justice served by excluding time outweigh the best interest of the public and each defendant in a speedy trial.

3. On December 19, 2019, the court granted a motion to waive the defendants' appearances at the hearing set for March 10, 2020. The defendants request that, for the reasons stated on the record at the December 19 hearing, the Court waive the defendants' appearances at the hearing on June 17, 2020. The government does not object to this request.

Respectfully submitted,

COREY R. AMUNDSON
Chief, Public Integrity Section
Criminal Division
U.S. Department of Justice

By:   */s/ Michael J. Romano*
Michael J. Romano
James C. Mann
Trial Attorneys
Public Integrity Section, Criminal Division
U.S. Department of Justice