IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.      )<br>)   Criminal No. 19-cr-00374-8 (RDM)<br>THAYNE WHIPPLE,      )<br>)<br>Defendant.      )<br>                                                           ) | |

JOINT STATUS REPORT

Pursuant to the Court's July 16, 2020 Minute Order, Defendant Thayne Whipple and the United States, by and through their undersigned counsel, provide the following Joint Status Report.

On April 17, 2020, Mr. Whipple filed a Motion for a Bill of Particulars. *See* ECF 53. The government filed its Response to Mr. Whipple's motion on May 1, 2020. *See* ECF 55. During the June 15, 2020 Telephonic Status Conference in this matter, the Court ordered that Mr. Whipple "shall file a reply to his Motion for a Bill of Particulars, or shall meet and confer with the Government, and file a Joint Status Report by 7/6/2020." *See* June 15, 2020 Minute Order. On June 30, Mr. Whipple filed an unopposed motion for an extension of time to file a Joint Status Report and/or Reply in Support of his Motion for a Bill of Particulars, until July 20, 2020. *See* ECF 61. On July 1, 2020, the Court granted Mr. Whipple's motion, and ordered that Mr. Whipple "shall file a reply in support of his motion for a bill of particulars on or before July 20, 2020, unless the parties elect to file a joint status report instead." *See* July 1, 2020 Minute Order. On July 15, 2020, the parties filed a joint status report, requesting the Court hold Mr. Whipple's

1

Motion for a Bill of Particulars in abeyance, while the parties continued to work towards a possible resolution of the issues.

The parties have met and conferred, and continue to work together to identify particular items that will satisfy the requests set forth in Mr. Whipple's Motion for a Bill of Particulars. The parties respectfully request that the Court permit Mr. Whipple to file a Reply in support of his Motion for a Bill of Particulars by September 25, 2020, which will give the parties an opportunity to complete their meet and confer process, and will allow Mr. Whipple to narrow the issues before the Court in his Reply.

Respectfully submitted,

/s/ Steven J. McCool
STEVEN J. McCOOL
D.C. Bar No. 429369
JULIA M. COLEMAN
D.C. Bar No. 1018085
McCOOL LAW PLLC
1776 K Street, N.W., Suite 200
Washington, D.C. 20006
Telephone: (202) 450-3370
Fax: (202) 450-3346
smccool@mccoollawpllc.com
jcoleman@mccoollawpllc.com

*Counsel for Thayne Whipple*

        COREY R. AMUNDSON
        Chief, Public Integrity Section
        Criminal Division
        U.S. Department of Justice

By:    */s/ Michael J. Romano*
        Michael J. Romano
        James C. Mann
        Trial Attorneys
        Public Integrity Section
        Criminal Division
        U.S. Department of Justice

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August 2020, the foregoing was served electronically on the counsel of record through the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and the document is available on the ECF system.

      /s/ Steven J. McCool  
STEVEN J. McCOOL