IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal No. 19-cr-00374-8 (RDM) |
| THAYNE WHIPPLE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT THAYNE WHIPPLE'S UNOPPOSED MOTION TO WITHDRAW
HIS MOTION FOR A BILL OF PARTICULARS AND
INCORPORATED MEMORANDUM OF POINTS AND AUTHORITIES**

Defendant Thayne Whipple, by and through his undersigned counsel, respectfully moves the Court for an Order allowing him to withdraw his Motion for a Bill of Particulars (ECF 53). In support of his motion, Mr. Whipple states the following.

On April 17, 2020, Mr. Whipple filed his Motion for a Bill of Particulars. *See* ECF 53. The government filed its Response to Mr. Whipple's motion on May 1, 2020. *See* ECF 55. Since that time, the parties have worked together to identify the particular items that would satisfy the requests set forth in Mr. Whipple's Motion for a Bill of Particulars. Based on the information provided by the government to undersigned counsel through this process, Mr. Whipple now seeks to withdraw his Motion for a Bill of Particulars, as the motion is now moot.

On September 21, 2020, undersigned counsel sought the United States' position on the relief requested through this motion. Michael Romano, counsel for the United States, represented that the United States does not oppose the relief sought by this motion.

Wherefore, for the foregoing reasons, and any other reasons appearing to the Court, Mr. Whipple respectfully requests the Court enter an Order allowing him to withdraw his Motion for a Bill of Particulars (ECF 53).

1

Respectfully submitted,


      /s/ Steven J. McCool
STEVEN J. McCOOL
D.C. Bar No. 429369
JULIA M. COLEMAN
D.C. Bar No. 1018085
McCOOL LAW PLLC
1776 K Street, N.W., Suite 200
Washington, D.C. 20006
Telephone:  (202) 450-3370
Fax:  (202) 450-3346
smccool@mccoollawpllc.com
jcoleman@mccoollawpllc.com

*Counsel for Thayne Whipple*

2

CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of September 2020, the foregoing was served electronically on the counsel of record through the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and the document is available on the ECF system.

        /s/ Steven J. McCool        
STEVEN J. McCOOL